UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>LYDELL SEYMORE,<br><br>                              Defendant. | 22 Cr. 56 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an arraignment on **February 3, 2022, at 12:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  January 28, 2022
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge