UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 22 Cr. 56 (KPF) |
| LYDELL SEYMORE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an arraignment on **March 22, 2022, at 2:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: February 3, 2022
New York, New York

KATHERINE POLK FAILLA
United States District Judge