# DAVID K. BERTAN

**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

**(718) 742-1688**
**E-MAIL: DBERTAN@YAHOO.COM**

September 18, 2023

*Via ECF*

Hon. Katherine Polk Failla, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

# MEMO ENDORSED

Re:    **USA v. Lydell Seymore**
        **22-Cr-56 (KPF)**

Dear Judge Failla:

I represent Mr. Seymore in the above matter. We are scheduled for a status conference this Thursday, September 21, 2023, at 3:30 PM. With the consent of the Government, I am respectfully requesting an adjournment of our conference. The reason for this request is as follows.

As this Court is aware, Mr. Seymore is also charged under docket number 22-cr-343, pending before the Hon. Jesse Furman. That case is set for trial in March of 2024. Given the charges in that case, which include conspiracy, homicide, weapons possession, and carjacking, a resolution in that case whether by trial or by plea, will likely result in a disposition in this case as well. As a result, I am requesting that this case be adjourned to a date convenient for the court. The Government has no objection to my request, and I consent to any exclusion of time.

Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc:    AUSA Thomas John Wright (Via ECF)

Application GRANTED.  The status conference currently scheduled for
September 21, 2023, is hereby ADJOURNED to **April 4, 2024, at 11:00 a.m.**
To the extent there is an update in the case before Judge Furman that will
relate to scheduling and/or next steps in the instant case, the parties
are directed to file a joint letter to the Court.

It is further ORDERED that time is excluded under the Speedy Trial Act
between September 21, 2023,  and April 4, 2024.  The Court finds that the
ends of justice served by excluding such time outweigh the interests of
the public and the defendant in a speedy trial because it will permit the
parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket
number 26.

Dated:      September 19, 2023           SO ORDERED.
            New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE