# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

March 26, 2024

*Via ECF*

Hon. Katherine Polk Failla, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

**MEMO ENDORSED**

    Re:    USA v. Lydell Seymore
              22-Cr-56 (KPF)

Dear Judge Failla:

    I represent Mr. Seymore in the above matter. We are scheduled for a status conference on Thursday, April 4, 2024. With the consent of the Government, I am respectfully requesting an adjournment of our conference. I will be out of the country on that date. With regard to scheduling, I am available most days throughout April, with the exceptions of April 22-24. The Government has no objection to my request, and I consent to any exclusion of time.

    Thank you for your consideration in this matter.

                                       Very truly yours,

                                       David K. Bertan

DKB
cc:    AUSA Thomas John Wright (Via ECF)

Application GRANTED. The status conference is hereby

Application GRANTED.  The status conference in this action is hereby ADJOURNED to **April 25, 2024,** at **3:00 p.m.**  It is further ORDERED that time is excluded under the Speedy Trial Act between April 4, 2024, and April 25, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket number 28.

Dated:     March 27, 2024              SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE