UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
            :
UNITED STATES OF AMERICA            :
            :    22-CR-343-3 (JMF)
-v-            :    22-CR-56 (JMF)
            :
LYDELL SEYMORE,            :    <u>SCHEDULING ORDER</u>
            :
         Defendant.            :
            :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Case No. 22-CR-56 has been reassigned to the undersigned.

      It is hereby ORDERED that sentencing for both cases will be held on **July 2, 2024,** at **2:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.  The Probation Department is hereby directed to update/supplement its Presentence Investigation Report ("PSR") in 22-CR-343 in light of the Defendant's conviction in 22-CR-56 rather than prepare a separate PSR for the latter.

      The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices.  Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing.  The Government's sentencing submission shall be served one week in advance of the date set for sentencing.  If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

      The Clerk of Court is directed to terminate ECF No. 227 in 22-CR-343.

      SO ORDERED.

Dated: May 8, 2024                _____
      New York, New York                JESSE M. FURMAN
                                                   United States District Judge